

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-25-00175-CV
_____

IN THE INTEREST OF B.R.M. AND M.M.M., CHILDREN

On Appeal from the 140th District Court
Lubbock County, Texas
Trial Court No. 2016-522,264, Honorable Douglas H. Freitag, Presiding

December 19, 2025

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Swanna Flores, appeals from the trial court's *Order in Suit Affecting the Parent-Child Relationship*. The reporter's record has yet to be filed due to unresolved payment arrangements. Although Appellant filed a statement of inability to afford payment of court costs seeking a free reporter's record, the trial court denied Appellant's request by order dated August 20, 2025.

In its findings on Appellant's statement of inability to pay, the trial court approved a payment plan requiring Appellant to make monthly payments of $250 to the registry of the court, beginning September 15, 2025, until the estimated $2,500 cost of preparing the record was paid. The order further provided that if two or more consecutive payments

were not timely made, the trial court would conduct a hearing to determine whether to modify or terminate the payment plan or order preparation of the reporter's record without payment of costs. On September 15, 2025, we abated the appeal pending Appellant's compliance with the payment plan. The trial court clerk has since informed this Court that Appellant has not made any payments to date.

Under Texas Rule of Appellate Procedure 35.3(b), an appellant is responsible for requesting preparation of the reporter's record and making payment arrangements. When an appellant fails to do so, the appellate court may decide the appeal without a reporter's record unless the appellant is entitled to proceed without payment of costs. TEX. R. APP. P. 37.3(c). Although a party may seek to proceed without payment of costs under Rule 145, the trial court may require proof of inability to pay when evidence indicates the party may be able to afford the costs. TEX. R. CIV. P. 145(e)(2).

Accordingly, we abate the appeal and remand this cause to the trial court to conduct a hearing and determine whether Appellant is entitled to preparation of the reporter's record without payment of costs. *See* TEX. R. APP. P. 35.3(c); TEX. R. CIV. P. 145. The trial court shall enter its rulings and findings in a written order and cause a supplemental clerk's record containing that order to be filed with this Court by January 20, 2026.

Per Curiam

2